

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



FILED
MAR - 1 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 22-CR-30008 |
| v. ) | VIO: 18 U.S.C. § 922(g)(9) |
| ) | |
| EVON D. BERRY, ) | 4:22MJ284 |
| ) | |
| Defendant. ) | |

FILED
MAY 1 2 2022
Clerk, U.S. District Court
Eastern District of Texas

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 31, 2021, in Sangamon County, in the Central District of Illinois, the defendant,

**EVON D. BERRY,**

knowing that he had previously been convicted in state court of a misdemeanor crime of domestic violence, did knowingly possess a firearm, one Taurus 9 mm handgun bearing serial number TJ061135, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(9).

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in this Indictment, the defendant,

**EVON D. BERRY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and all ammunition seized during this investigation involved in the commission of said offenses, including, but not limited to, the firearm identified in the foregoing count one of this Indictment.

A TRUE BILL,

_____
FOREPERSON

_____
GREGORY K. HARRIS
UNITED STATES ATTORNEY
SES